**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DELMY JUDITH LOPEZ ZEPEDA,

                                        **DEFAULT JUDGMENT**
                     Plaintiff,                CV 22-2355 (JMA) (SIL)
      - against -

HALFTIME BAR & GRILL CORP., *doing business
as* TRYSEAFOOD BAR & GRILL and REGINA
MENDEZ,

                     Defendants.
-----------------------------------------------------------------X

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on January 18, 2023; granting Plaintiff's motion for a default judgment; finding Defendants jointly and severally liable to Plaintiff for: (1) $25,739.73 in unpaid minimum and overtime wages under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), (2) $3,522.86 in unpaid spread of hours compensation under the NYLL, (3) an additional $29,262.59 in liquidated damages, (4) $5,000.00 for Defendants' violation of NYLL § 195(a)(1), (5) $5,000.00 for Defendants' violation of NYLL § 195(3), (6) $3,230.00 in back pay and lost wages, and (7) $25,000 in emotional damages; further ordering Defendants to pay Plaintiff post-judgment interest calculated form the date of judgment until the date of payment using the federal rate set forth in 28 U.S.C. § 1961; and directing the Clerk of Court to enter judgment accordingly and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff's motion for a default judgment is granted; that Plaintiff Delmy Judith Lopez Zepeda is awarded a default judgment in the amount of $96,755.18 against Defendants Halftime Bar & Grill, Corp., and Regina Mendez, jointly and severally; that Defendants Halftime Bar & Grill, Corp., and Regina Mendez, Sanchez are directed

to pay Plaintiff post-judgment interest calculated form January 19, 2023 until the date of payment using the federal rate set forth in 28 U.S.C. § 1961; and that this case is closed.

Dated: January 19, 2023
      Central Islip, New York

                                          BRENNA B. MAHONEY
                                          CLERK OF THE COURT

                                BY:    /S/ JAMES J. TORITTO
                                            DEPUTY CLERK